**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Cheryl Mcclain

Debtor

Chapter 13 No.    14-20422

Judge    Deborah L. Thorne

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on September 12, 2017, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on September 12, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1177

**SERVICE LIST**

Cheryl Mcclain
11438 South Ada
Chicago, IL 60643

Marilyn O. Marshall
224 South Michigan, Ste 800
Chicago, IL 60604

Jan Franklin
Ledford, Wu & Borges, LLC
105 W. Madison, 23rd Floor
Chicago, Il 60602